# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISIDRO BACA, WARDEN (STEWART CONSERVATION CAMP); AND THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS,
        Appellants,

vs.

DAVID LEE CLEVELAND,
        Respondent.

No. 73851

**FILED**

NOV 29 2017



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants have filed a motion to voluntarily dismiss this appeal based on this court's recent decision in *Williams v. State, Department of Corrections*, 133 Nev., Adv. Op. 75, 402 P.2d 1260 (2017). Cause appearing, we grant the motion, NRAP 42(b), and

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. James E. Wilson, District Judge
     Attorney General/Carson City
     Attorney General/Las Vegas
     Resch Law, PLLC d/b/a Conviction Solutions
     Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-41085